1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY RODRIGUES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ORANGE, CITY OF ANAHEIM, and DOES 1 through 10, INCLUSIVE,<br><br>　　　　　Defendant. | Case No.:　8:20-CV-00298-JVS (DFMX)<br><br>Assigned to: Judge James V. Selna<br>Dept.:　　　10C<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE [52]**<br><br>Action Filed:　　February 13, 2020<br>Trial Date:　　　None set |

1  Pursuant to the Stipulation of the parties filed on or about November 14,
2  2023 that the above-captioned action can be dismissed without prejudice
3  pursuant to FRCP 41(a)(1);
4      IT IS HEREBY ORDERED THAT this action is dismissed without
5  prejudice, with all parties to bear their own attorney's fees and costs.

9  Dated: December 4, 2023

                                HON. JAMES V. SELNA
                                United States District Court Judge